JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUBEN HERNANDEZ, | ) | No. CV 07-2140-CJC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BRIAN HAWS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 18, 2011

_____
CORMAC J. CARNEY
United States District Judge

1